# WILLIAM J. BETTER, P.C.

William J. Better, Esq.
williamjbetter@williamjbetterpc.com

1 Albany Avenue
Kinderhook, New York 12106
TELEPHONE: (518) 758-1511
FACSIMILE: (518) 758-1227

Joseph D. Clyne, Esq.
josephdclyne@williamjbetterpc.com

August 2, 2019

Hon. Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway, Room 409
Albany, NY 12207

Re:     American Bio Medica Corporation v. Todd Bailey, et al.
Index No:     1:17-cv-302

Dear Judge Stewart,

    As you know, my office represents American Bio Medica Corporation, the plaintiff in the above-referenced matter.

    Please be advised that we believe that the parties have reached a satisfactory resolution to this matter. Yesterday afternoon, Joseph Windler, Esq., the attorney attorney for defendant Todd Bailey, provided my office with a final revision of the proposed settlement agreement—which I understand to be acceptable to all parties—and American Bio Medica signed the same and returned an electronic copy to Mr. Windler.

    Mr. Windler informs that the agreement has been provided to Mr. Bailey for signature, and American Bio Medica has executed a check for the first payment contemplated and stands prepared to mail the same to Mr. Windler immediately upon receipt of a signed copy of the agreement from Mr. Bailey.

    Should you have any questions, please do not hesitate to contact me at the number provided above.

Respectfully Submitted,

/s/ William J. Better

_____
William J. Better, Esq. (508431)
William J. Better, P.C.
1 Albany Avenue
Kinderhook, NY 12106
(518) 758-1511
williamjbetter@williamjbetterpc.com

cc: Joseph M. Windler, Esq. (via ECF)
Paul A. Feigenbaum, Esq. (via ECF)
Jeffrey A. Siegel, Esq. (via ECF)