## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN BIO MEDICA CORPORATION,<br><br>               Plaintiff,<br>vs.<br><br>TODD BAILEY,<br><br>               Defendant. | File No.: 1:17-cv-00302<br>Judge Thomas J. McAvoy<br>Magistrate Judge Daniel J. Stewart<br><br><br><br><br>**AMENDED STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to the above-captioned action, through their undersigned respective authorized counsel, hereby stipulate and agree that no party hereto is an infant or incompetent and, having been resolved between the parties, all claims asserted in the above-entitled action may be, and hereby are, dismissed with prejudice and on the merits. Each party shall bear its own costs, disbursements, interest, attorneys' fees, and other related expenses incurred in connection with this matter.

The parties further stipulate, agree, and jointly request that the Court enter an order of dismissal with prejudice in accordance with this stipulation.

*[Remainder of page intentionally left blank.]*

Dated:  September 11, 2019               WINTHROP & WEINSTINE, P.A.


By: /s/ *Joseph M. Windler* _____
Joseph M. Windler, Esq. (MN #387758)
*Admitted Pro Hac Vice*
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6646
jwindler@winthrop.com

O'CONNELL & ARONOWITZ, P.C.
Jeffrey A. Siegel (103820)
54 State Street
Albany, New York 12207
(518) 462-5601
Local Counsel for Todd Bailey

*Attorneys for Defendant*


Dated:  September 11, 2019               WILLIAM J. BETTER, P.C.


By: /s/ *William J. Better* _____
William J. Better, Esq. (508431)
1 Albany Avenue
Kinderhook, NY 12106
Minneapolis, Minnesota 55402
(518) 758-1511
williamjbetter@williamjbetterpc.com

*Attorney for Plaintiff*


IT IS SO ORDERED.
DATED:  September 13, 2019

*[signature]*
Thomas J. McAvoy
Senior, U.S. District Judge